1030

[No. 36923-7-I.    Division One.    May 27, 1997.]
FRONTIER BANK, *Respondent*, v. MONTGOMERY
HOMES, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-2-08668-3, Linda C. Krese, J.,
entered June 28, 1995. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Agid and Cox, JJ.

[No. 36968-7-I.    Division One.    May 27, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
A. THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 95-1-00259-8, David A. Nichols, J.,
entered July 11, 1995. *Affirmed* by unpublished per curiam
opinion.

[Nos. 37040-5-I; 36944-0-I.    Division One.    May 27, 1997.]
*In the Matter of the Marriage of* ARMANDINA
RAMIREZ, *Respondent*, and DOMINGO GAONA, JR.,
*Appellant*.

*In the Matter of the Marriage of* DOMINGO GAONA,
JR., *Respondent*, and ARMANDINA RAMIREZ,
*Appellant*.

Appeals from a judgment of the Superior Court for
Whatcom County, No. 91-3-00618-1, Steven J. Mura, J.,
entered June 15, 1995. *Dismissed* by unpublished opinion
per Coleman, J., concurred in by Grosse and Cox, JJ.

[No. 37191-6-I.    Division One.    May 27, 1997.]
THE STATE OF WASHINGTON, *Respondent*, v. D.S.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-02482-5, Norma Smith Huggins, J.,
entered July 26, 1995. *Reversed* by unpublished per curiam
opinion.